# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| ALLISON RIEGEL, | Case No. 1:23-cv-01315 |
| Plaintiff, | Hon. Robert J. Jonker |
| v. | Mag. Judge Phillip J. Green |
| THE HUNTINGTON NATIONAL BANK, | |
| Defendant. | |

| | |
|---|---|
| Robert Anthony Alvarez  (P66954) | Jaclyn R. Giffen  (P75316) |
| ralvarez@avantilaw.com | jgiffen@littler.com |
| AVANTI LAW GROUP, PLLC | Ashley E. Monticciolo  (P83378) |
| 600 28th Street SW | amonticciolo@littler.com |
| Wyoming, Michigan 49509 | LITTLER MENDELSON, P.C. |
| Telephone:    616.257.6807 | 500 Woodward Avenue, Suite 2600 |
| | Detroit, Michigan 48226 |
| *Attorneys for Plaintiff* | Telephone:    313.446.6400 |
| | *Attorneys for Defendant* |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court, and Plaintiff, Allison Riegel, and Defendant, The Huntington National Bank, through their respective counsels, having stipulated to the entry of an Order dismissing the case with prejudice and without costs or attorney fees to any party, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice, and without costs or attorney fees to any party.

Dated:  May 16, 2024            /s/ Robert J. Jonker            
                                Honorable Robert J. Jonker
                                United States District Judge

2

**PLAINTIFF AND DEFENDANT, THROUGH THEIR RESPECTIVE COUNSELS, STIPULATE TO THE ENTRY OF THIS ORDER TO DISMISS CASE.**

| | |
|---|---|
| */s/Robert Anthony Alvarez* | */s/Jaclyn R. Giffen* |
| Robert Anthony Alvarez  (P66954) | Jaclyn R. Giffen (P75316) |
| AVANTI LAW GROUP, PLLC | Ashley E. Monticciolo  (P83378) |
| 600 28th Street SW | LITTLER MENDELSON PC |
| Wyoming, Michigan 49509 | 500 Woodward Ave, Suite 2600 |
| ralvarez@avantilaw.com | Detroit, Michigan 48226 |
| | (313) 446-6400 |
| | jgiffen@littler.com |
| | amonticciolo@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Date: May 16, 2024 | Date: May 16, 2024 |